DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MARCANO, ADELINA MARCANO, MARY MARCANO,** and
unknown spouse of **JOSE MARCANO,**
Appellants,

v.

**SUTTON FUNDING, LLC, et al.,**
Appellees.

No. 4D18-1941

[January 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502009CA015828XXXXMB.

Jose Marcano, Delray Beach, pro se.

Adam A. Diaz and Roy A. Diaz of SHD Legal Group, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*